

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-22-00092-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01628
Honorable Mary Lou Alvarez, Judge Presiding

Original Proceeding[1]

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Beth Watkins, Justice

On February 15, 2022, the Texas Department of Family and Protective Services (Relator) filed a petition for writ of mandamus.

On February 28, 2022, we advised the respondent and the real parties in interest that they may file responses to the petition in this court by March 15, 2022.

On the due date, the attorney ad litem for the child J.F. asked for an extension of time to file a response until April 13, 2022.

The request is granted in part. The response is due on April 4, 2022.

It is so **ORDERED** March 16, 2022.

---

[1] This proceeding arises out of Cause No. 2020-PA-01628, styled *In the Interest of J.F., a Child*, pending in the 407th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT

